UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Agiliti Health, Inc., <br><br>　　　　　　Plaintiff, <br><br>　　v. <br><br>KPC Promise Healthcare, LLC, <br><br>　　　　　　Defendant. | Case No. EDCV 24-1234-KK-SHK <br><br><br>JUDGMENT |

Pursuant to the Order granting Plaintiff's Application for Default Judgment, IT IS HEREBY ADJUDGED that Judgment is entered in favor of plaintiff Agiliti Health, Inc. ("Plaintiff") against defendant KPC Promise Healthcare, LLC ("Defendant").

Pursuant to this Judgment, Defendant is ORDERED to pay Plaintiff damages in the amount of $230,750.76 from the date of entry of judgment in this action.  (JS-6)

Dated:  January 16, 2025

_____
HONORABLE KENLY KIYA KATO
United States District Judge